# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155085(50)

JANINE MARIE EXLINE,
          Plaintiff-Appellee,

v

JASON MICHAEL SILVER,
          Defendant-Appellant.

SC: 155085
COA: 327797
Oakland CC: 2004-692277-DM

_____/

      On order of the Chief Justice, it appearing that proceedings in this case are stayed by the filing of a petition in bankruptcy (ED MI, Case No. 17-41723-pjs), the case is administratively CLOSED without prejudice and without decision on the merits. Once the stay is no longer in effect, this case may be reopened on the motion of any party filed within 42 days after the date of the order removing the stay.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2017



Clerk